UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAMONT ROBERTS,

Plaintiff,

v.

WASHOE COUNTY SHERIFF'S DETENTION FACILITY, et al.,

Defendants.

Case No. 3:24-cv-39-ART-CSD

STATUS UPDATE
(ECF No. 28)

On May 5, 2026, Plaintiff Lamont Roberts filed a motion for a status update. (ECF No. 28.)  Good cause appearing, the Court **GRANTS** a status update. (*Id.*)

On December 1, 2025, the Court issued an order dismissing Mr. Roberts's Second Amended Complaint. (ECF No. 26.) Mr. Roberts was given until January 2, 2026 to either (1) file a Third Amended Complaint ("TAC") that cures the deficiencies described in the Court's order of December 1, 2025 (*id.*), or (2) file a statement that he would rather proceed on the First Amended Complaint. The deadline has passed, and Mr. Roberts has not filed a TAC or a statement.

Mr. Roberts is *sua sponte* **GRANTED AN EXTENSION OF TIME** until June 14, 2026 to file his election. Failure to file that election by the deadline could be grounds for dismissal. Fed. R. Civ. P. 42(b).

DATED: May 14, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1